# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DONALD LEWIS SYKES,**

    **Plaintiff,**

v.                                              Case No. 4:17cv24-MW/CAS

**JULIE JONES, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(g) as Plaintiff has not demonstrated he is in imminent danger of serious physical injury. All pending motions are **DENIED**. ECF Nos. 2 and 4. The Clerk shall note on the docket this case is dismissed pursuant to 28 U.S.C.

1

§ 1915(g)." The Clerk shall close the file.

**SO ORDERED on April 14, 2017.**

                                                  **s/Mark E. Walker**
                                                  **United States District Judge**